UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

_____

CASE NO. 4:13-Cr-38 (15)
CASE NO. 4:15-Cr-20

_____

UNITED STATES OF AMERICA,

vs.

ALDEMAR VILLOTA SEGURA,

    *Defendant.*
_____/

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW the Defendant's undersigned counsel and respectfully requests leave of court to withdraw as counsel for the defendant, ALDEMAR VILLOTA SEGURA, and as grounds therefore would states as follows:

1. This cause is presently set for jury selection and trial on October 11th, 2016 at 9:00 a.m.

2. This case will be resolved by way of plea. However, during the recent plea negotiations with the Government irreconcilable differences have arisen between the defendant and undersigned counsel in regards to the means and manners of the resolution of the case which necessitates the immediate withdrawal of undersigned counsel.

1

     3.     The defendant has advised the undersigned that he intends to retain other counsel forthwith and that he fully intends to resolve this matter by way of plea and prior to the current scheduled trial date.

     4.     This motion has been brought to the attention of the United States Attorney, Ernest Gonzalez, Esquire, and he has stated that he has no objections whatsoever to the same.

W H E R E F O R E, the Defendant would respectfully request leave of Court to withdarw as counsel for the Defendant.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of September, 2016 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                            Respectfully submitted,

                            **ROJAS & OLIVA, P.A.**
                            **Attorneys for the Defendant**
                            **18500 Pines Blvd., Suite 206**
                            **Pembroke Pines, Florida 33029**
                            **(305) 373-6868**
                            [ruben@rojasoliva.com](mailto:ruben@rojasoliva.com)


                     By:   /s Ruben Oliva
                            RUBEN OLIVA, ESQ.
                            F.B.N. 626074