IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No. 4:13CR38 |
| | § | Judge Crone |
| ALDEMAR VILLOTA SEGURA (6) | § | |
| a.k.a. Corticos | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the defendant, **Aldemar Villota Segura, a.k.a. Corticos**, and the government have entered into a plea in relation to the charges now pending before this Court.

Respectfully submitted,

BRIT FEATHERSTON
Acting United States Attorney

___/s/_____
ERNEST GONZALEZ
Assistant United States Attorney
Texas Bar No. 00789318
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Ernest.Gonzalez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on November 21, 2016.

___/s/_____
ERNEST GONZALEZ