| | | |
|---|---|---|
| DATE 5/30/2017 | CASE NUMBER 4:13cr38(6) | |
| LOCATION Video BMT/PLANO | USA Ernest Gonzalez | Assigned |
| JUDGE Marcia Crone | VS Heather Rattan | Appeared |
| DEPUTY CLERK Bonnie Sanford | | |
| RPTR/ECRO Tonya Jackson | ALDEMAR VILLOTA SEGURA | |
| TAPE # B E | Defendant | |
| USPO Sherry Smith | | |
| INTERPRETER: Alma Adriano | Ruben Oliva | |
| BEGIN 2:14 pm / 2:23 pm | Attorney | |

## VIDEO SENTENCING

X . . . . . . Sentencing held

| CT | CUSTODY | FINE | REST | JVTA | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | 235 months | | | | 5 years | | | $100.00 |
| | | | | | | | | |
| | | | | | | | | |

The court adopts the facts as set forth in the presentence report.

Defendant motion for variance is denied.

Govt motion to dismiss remaining counts granted.

The court recommends FCI Coleman, FL.

Defendant remanded to US Marshal.

X . . . . . . **Dft advised of right to appeal plea and/or sentence, and apply for court appointed counsel.**

**CRIM 92-118** ☐ See reverse/attached for additional proceedings Adjourn